CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Darek J. Kitlinski
Plaintiff(s)

Civil Action No. 1:25-cv-003710(APM)

vs.

Department of Justice Office of Inspector General
Defendant(s)

## AFFIDAVIT OF MAILING

I, Darek J. Kitlinski, hereby state that:

On the 23th day of October, 2026, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Department of Justice Attorney General Todd Blanche, 950 Pennsylvania Ave NW, Washington DC 20530

I have received the receipt for the certified mail, No. 9589 0710 5270 2243 9030 46 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 29th day of October, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

11/02/2026
(Date)

(Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of Justice
Attorney General Todd Blanche
950 Pennsylvania Ave NW
Washington DC 20530

9590 9402 9265 4295 7723 03

2. Article Number (*Transfer from service label*)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

From: Darek J. Kitlinski
P.O. Box 40146
Arlington VA 22204

To: Department of Justice
Attorney General Todd Blanche
950 Pennsylvania Ave NW
Washington DC 20530

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 2243 9030 46

Retail

U.S. POSTAGE PAID
FCM LG ENV
ARLINGTON, VA 22204
OCT 23, 2026

RDC 99

20530

$14.52

S2324A500419-02

ALERT: IMPACTS FROM COASTAL FLOODING IN SOUTH CAROLINA AND FLOODING IN THE MOUNTAIN WEST REGION OF THE U.S. MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›

# USPS Tracking®

FAQs ›

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

Remove ✕

**Tracking Number:**

## 9589071052702243903046

Copy Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 4:27 am on October 29, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
October 29, 2026 4:27 AM

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
October 28, 2026 9:31 AM

**Arrived at Post Office**
WASHINGTON, DC 20018
October 28, 2026 9:11 AM

**Arrived at USPS Facility**
MERRIFIELD VA DISTRIBUTION CENTER
October 23, 2026 9:22 PM

**Departed Post Office**
ARLINGTON, VA 22204
October 23, 2026 8:12 PM

**USPS in possession of item**
ARLINGTON, VA 22204
October 23, 2026 4:34 PM

Hide Tracking History

What Do USPS Tracking Statuses Mean?

Feedback

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See Less